UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VADIM MERKULOV,<br>Petitioner,<br>v.<br>JASON KNIGHT, *et al.*,<br>Respondents. | Case No.: 3:26-cv-00718-RFB-CSD<br>**ORDER** |

On September 23, 2026, Petitioner Vadim Merkulov initiated this *pro se* immigration habeas proceeding under 28 U.S.C. § 2241 by submitting documents that include the first page of a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. See ECF No. 1-1. The Court cannot consider the petition because it is not personally signed by Petitioner or by counsel or a next friend on their behalf. Additionally, Petitioner neither paid the $5 filing fee nor filed an application to proceed *in forma pauperis*.

Accordingly, **IT IS HEREBY ORDERED** that Petitioner, with the assistance of counsel, must file a signed petition that pertains to themself **by October 5, 2026**.

**IT IS FURTHER ORDERED** that Petitioner, with the help of counsel, must either pay the $5 filing fee or file a completed application to proceed *in forma pauperis* **by October 5, 2026**.

**IT IS FURTHER ORDERED** that this proceeding will be dismissed without prejudice if Petitioner fails to timely comply with this Order.

The Clerk of Court is **DIRECTED** to send Petitioner the approved form Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 with instructions and the approved form Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form).

The Clerk of Court is **FURTHER DIRECTED** to update Petitioner's address on the docket to Henderson Detention Center, P.O. Box 95050, Henderson, NV 89009-5050.

**DATED:** September 25, 2026

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**